707 A.2d 1140

STATE OF THE ART MEDICAL PRODUCTS, INC., Petitioner,

v.

ARIES MEDICAL, INC., Teleflex, Inc., St. Jude Medical, Inc., Respondents.

Supreme Court of Pennsylvania.

April 15, 1998.

Mitchell A. Kramer, Molly Hyland Wolfram, Jenkintown, for petitioner.

## ORDER

PER CURIAM:

AND NOW this 15th day of April, 1998, the petition for allowance of appeal is granted, the Order of the Superior Court is reversed and the matter is remanded to the Court of Common Pleas of Montgomery County for consideration of the motion for judgment of non pros based upon *Jacobs v. Hallo-*

*ran*, —— Pa. ——, 710 A.2d 1098 (Pa.1998) and *Marino v. Hackman*, —— Pa. ——, 710 A.2d 1108 (Pa.1998).

Petitioner's application for leave to supplement pursuant to Rule 2501(a) is denied.